UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Certain Interested Underwriters at Lloyd's,

                               Plaintiff(s),

        -against –

Atlas Air, Inc.,

                               Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:20-CV-04992 (CS)

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: March 8, 2021

      White Plains, New York

                                                               _____
                                                                 CATHY SEIBEL, U.S.D.J.